UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| CLAUDIA E. POLANCO,<br><br>    Plaintiff,<br><br>vs.<br><br>HSBC BANK USA NATIONAL ASSOCIATION *et al.*,<br><br>    Defendants. | Case No.: 3:17-cv-00466-GCM |

## CONSENT ORDER AMENDING PRETRIAL ORDER AND CASE MANAGEMENT PLAN

THIS CAUSE came before the Court on the joint motion ("Motion") of Plaintiff, Claudia E. Polanco ("Plaintiff") and Defendants, HSBC Bank USA, N.A. ("HSBC"), PHH Mortgage Corporation ("PHH"), 21st Mortgage Corporation ("21st Mortgage"), and Christiana Trust, a Division of Wilmington Savings Fund Society, FSB, as Trustee for Knoxville 2012 Trust ("Christiana Trust") (collectively, "Defendants") to amend the Pretrial Order and Case Management Plan. It appearing to the Court that all parties consent to the motion and that good cause exists to grant the motion, it is therefore ORDERED AND ADJUDGED:

(1)     The Joint Motion to Amend the Pretrial Order and Case Management Plan is hereby GRANTED;

(2)     The Pretrial Order and Case Management Plan is Amended as follows:

    (a)     The parties shall have until **May 4, 2018** to respond to written discovery requests outstanding as of the date of the parties' Motion.

    (b)     The parties shall have until **May 18, 2018** to complete alternate dispute resolution by mediation.

1

(c)     Discovery shall be completed by **May 25, 2018.**

(d)     All motions (except motions in limine and motions to continue) shall be due by **June 15, 2018.**

(e)     All remaining deadlines shall be as set forth in the original Pretrial Order and Case Management Plan.

Signed: April 19, 2018

Graham C. Mullen
United States District Judge