IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
NO. 3:17-cv-466

| | |
|---|---|
| CLAUDIA E. POLANCO,<br><br>                  Plaintiff,<br><br>v.<br><br>HSBC BANK USA NATIONAL ASSOCIATION *et al.*,<br><br>                  Defendants. | ORDER |

**THIS MATTER** is before the Court on the Motion to Dismiss (Doc. No. 18) filed by Plaintiff Claudia Polanco. Defendants responded and requested a status conference to discuss this matter and a dispute with respect to discovery deadlines.

Accordingly, a status conference is ordered to be held in this matter on Tuesday, May 29, 2018, at 3:00pm in Bankruptcy Courtroom #1-4.

**SO ORDERED.**

Signed: May 25, 2018

*/s/ Graham C. Mullen*
Graham C. Mullen
United States District Judge