# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# NO. 3:17-cv-466

CLAUDIA E. POLANCO,

      **Plaintiff,**

v.

HSBC BANK USA NATIONAL ASSOCIATION *et al.*,

      **Defendants.**

**ORDER**

    **THIS MATTER** is before the Court on Plaintiff's Motion to Dismiss without prejudice pursuant to Rule 41(a)(2) (Doc. No. 18).

    Defendants responded and requested a status conference to discuss this matter and a dispute with respect to discovery deadlines. Plaintiff filed a reply. A status conference was held in this matter on Tuesday, May 29, 2018.

    For the reasons stated in open court, the Court hereby **ORDERS** the following:

(1) Plaintiff's Motion (Doc. No. 18) is **DENIED**;

(2) This matter is hereby **STAYED** for one hundred and twenty (120) days, with the following exceptions:

    a. The parties shall have forty-five (45) days from the date of this Order to complete written discovery;

    b. Plaintiff's deposition shall be taken within thirty (30) days of the completion of written discovery;

    c. Plaintiff's current counsel is authorized to file a motion to withdraw; and

    d. Plaintiff's new counsel is authorized to file a notice of appearance.

(3) At the termination of the 120-day stay, the parties shall submit a new proposed pretrial order and case management plan setting forth the deadlines on the remaining issues.

**SO ORDERED.**

Signed: May 29, 2018

Graham C. Mullen
United States District Judge