IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil No. 3:17-CV-466-GCM

CLAUDIA E. POLANCO,                    )
                          Plaintiff,   )
                                       )
v.                                     )
                                       )
HSBC BANK USA NATIONAL                 )
ASSOCIATION, *et al,*                  )
                          Defendants.  )

## **ORDER**

THIS MATTER IS BEFORE THE COURT ON ITS OWN MOTION.

IT IS HEREBY ORDERED that the trial in this matter is RE-SET for **February 11, 2019.**

IT IS SO ORDERED.

Signed: July 16, 2018

Graham C. Mullen
United States District Judge