**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:17-CV-00466-GCM**

| | | |
|---|---|---|
| CLAUDIA E. POLANCO, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| HSBC BANK USA NATIONAL ASSOCIATION CHRISTIANA TRUST PHH MORTGAGE CORPORATION KNOXVILLE 2012 TRUST 21ST MORTGAGE CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**THIS MATTER CAME** before this Court for a telephonic discovery conference on June 13, 2019. As discussed at the conference, the Court enters the following Order:

- Defendant PHH is **ORDERED** to consult its records and obtain all audio recordings of telephone conversations between any PHH employee and Plaintiff Claudia Polanco or Robyn Milord that occurred from January 1, 2015 through the present;

- Once these recordings are obtained, Defendant PHH is **ORDERED** to provide a copy of those recordings to all Parties;

- Further, PHH is **ORDERED** to provide a transcript of those recordings to the Court;

- If PHH is unable to locate the recordings, PHH is directed to submit a status report to the Court detailing the efforts undertaken to find the recordings;

1

- The Court further **ORDERS** PHH to complete the above within thirty (30) days of entry of this Order.

**SO ORDERED**.

Signed: June 13, 2019

Graham C. Mullen
United States District Judge