# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:17-CV-00466-GCM

| | |
|---|---|
| CLAUDIA E. POLANCO, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| HSBC BANK USA NATIONAL ASSOCIATION CHRISTIANA TRUST PHH MORTGAGE CORPORATION KNOXVILLE 2012 TRUST 21ST MORTGAGE CORPORATION, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**THIS MATTER CAME** before this Court for a telephonic conference on June 13, 2019. As discussed at the conference, the Court enters the following Order:

- All outstanding deadlines in this case are extended sixty (60) days;

- If the Parties choose to participate in a judicial settlement conference, the outstanding deadlines may be extended further at a later date.

**SO ORDERED**.

Signed: June 13, 2019

Graham C. Mullen
United States District Judge