# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:17-CV-00466-GCM

| | |
|---|---|
| CLAUDIA E. POLANCO, ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | **ORDER** |
| ) | |
| HSBC BANK USA NATIONAL ) ASSOCIATION CHRISTIANA TRUST PHH MORTGAGE CORPORATION KNOXVILLE 2012 TRUST 21ST MORTGAGE CORPORATION, ) ) | |
| Defendants. ) ) | |

**THIS MATTER COMES** before this Court on the Court's own Motion. Pursuant to the telephonic conference held on June 13, 2019, the Court **ORDERS** the Parties to appear before the Honorable Judge David Keesler for a judicial settlement conference. The Parties are to schedule this conference with Judge Keesler's chambers as soon as practicable.

**SO ORDERED**.

Signed: June 18, 2019

Graham C. Mullen
United States District Judge