# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:17-CV-466-GCM

| | |
|---|---|
| CLAUDIA E. POLANCO,  )<br>  )<br>  Plaintiff,  )<br>  )<br>v.  )<br>  )<br>HSBC BANK USA NATIONAL  )<br>ASSOCIATION, ET AL.,  )<br>  )<br>  )<br>  Defendants.  )<br>  ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* for the scheduling of a Judicial Settlement Conference. Pursuant to an Order (Document No. 50) from the Honorable Graham C. Mullen, the parties have contacted the undersigned's chambers to schedule a Judicial Settlement Conference, and a date has been agreed upon.

**IT IS THEREFORE ORDERED** that a Judicial Settlement Conference shall convene on Thursday, July 18, 2019, at 9:30 a.m. in Courtroom #1-5 in the Federal Courthouse, 401 W. Trade Street, Charlotte, North Carolina.

**IT IS FURTHER ORDERED** that the Clerk of Court shall reserve Courtroom #1-5 and its attached conference room.

**SO ORDERED**.

Signed: June 27, 2019

David C. Keesler
United States Magistrate Judge