UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:17-cv-00466-GCM

| | |
|---|---|
| CLAUDIA E. POLANCO<br><br>Plaintiff,<br><br>vs.<br><br>HSBC BANK USA NATIONAL ASSOCIATION, *et. al.*,<br><br>Defendants. | **PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND PARTIAL SUMMARY JUDGMENT** |

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Plaintiff Claudia E. Polanco by and through counsel, move the Court for an Order entering a summary judgment in her favor. Plaintiff respectfully shows the Court that the materials in the exhibits to this motion establish there is no genuine dispute as to any material fact and Plaintiff is entitled to judgment as a matter of law that PHH was an agent of HSBC, that the North Carolina SAFE Act creates a legal duty upon which her tort claims can stand, and that the defenses enumerated above fail as a matter of law. Plaintiff further requests the Court grant her partial summary judgment as to her unfair and deceptive trade practices claim and breach of contract claim as to liability with damages to be decided at trial. For a further explanation of why this motion should be granted, Plaintiff respectfully refers the Court to the supporting memorandum of law that she is filing with this motion.

WHEREFORE, Plaintiff Claudia E. Polanco requests that the Court enter a judgment in her favor on the issues delineated above.

This the 6th day of September, 2019.

                                        COLLUM & PERRY, PLLC

                      By:    /s/ Travis E. Collum
                            Travis E. Collum
                            N.C. State Bar No. 29158
                            travis@collumperry.com
                            109 West Statesville Ave.
                            Mooresville, NC 28115
                            Telephone: 704/ 663-4187
                            *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2019, a copy of the foregoing document was filed electronically using the Court's Electronic Case Filing system addressed to the following:

G. Benjamin Milam
**Bradley Arant Boult Cummings LLP**
214 North Tryon Street, Suite 3700
Charlotte, NC  28202
Telephone: (704) 338-6049
Facsimile:  (704) 332-8858
bmilam@bradley.com
*Attorney for HSBC Bank USA, N.A.,
and PHH Mortgage*

*/s/ Travis E. Collum*
Travis E. Collum