IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
NO. 3:17-cv-466-GCM

| | |
|---|---|
| CLAUDIA E. POLANCO,<br><br>        Plaintiff,<br><br>v.<br><br>HSBC BANK USA NATIONAL ASSOCIATION, *et al*,<br><br>        Defendants. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **S. David Smith,** filed September 13, 2019 (Doc. No. 61).

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Local Rule 83.1(B), Mr. Smith is admitted to appear before this court *pro hac vice* on behalf of Defendants, HSBC Bank USA, *et al.*

**IT IS SO ORDERED.**

Signed: September 17, 2019

Graham C. Mullen
United States District Judge