# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# NO. 3:17-CV-00466-GCM

| | |
|---|---|
| CLAUDIA E. POLANCO,<br><br>**Plaintiff,**<br><br>v.<br><br>HSBC BANK USA NATIONAL ASSOCIATION, PHH MORTGAGE CORPORATION,<br><br>**Defendants.** | **ORDER** |

**THIS MATTER** is before the Court upon its own Motion. Due to outstanding issues that must be resolved before trial, the Court continues the trial to March 16, 2020. Further, the Court hereby orders that the parties appear in person on January 21, 2020 at 10:00 AM for oral argument regarding the outstanding cross-motions for summary judgment (Doc. Nos. 58, 60).

**SO ORDERED.**

Signed: December 10, 2019

Graham C. Mullen
United States District Judge