IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
NO. 3:17-CV-00466-GCM

| | |
|---|---|
| **CLAUDIA E. POLANCO,** <br><br> **Plaintiff,** <br><br> v. <br><br> **HSBC BANK USA NATIONAL ASSOCIATION, PHH MORTGAGE CORPORATION,** <br><br> **Defendants.** | **ORDER** |

**THIS MATTER** is before the Court upon its own Motion. Due to outstanding issues that must be resolved before trial, the Court continues the trial to May 11, 2020.

**SO ORDERED.**

Signed: January 21, 2020

Graham C. Mullen
United States District Judge

1