# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Claudia E. Polanco**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:17-cv-00466-GCM |
| | ) | |
| vs. | ) | |
| | ) | |
| HSBC Bank USA National Association | ) | |
| PHH Mortgage Corporation**,** Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Notice of Acceptance with Offer of Judgment; The Plaintiff, Claudia E. Polanco, by and through counsel, and hereby accepts Defendants HSBC Bank USA National Association's and PHH Mortgage Corporation's Offer of Judgment in the amount of $175,000.00 as served upon her January 30, 2020.

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with Civil Rule 68.

February 12, 2020

Frank G. Johns, Clerk
United States District Court