# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| CLAUDIA E. POLANCO, | |
| Plaintiff, | Case No.: 3:17-cv-00466-GCM |
| vs. | CONSENT ORDER SETTING ASIDE JUDGMENT |
| HSBC BANK USA NATIONAL ASSOCIATION *et al.*, | |
| Defendants. | |

This matter is before the Court on the motion of the parties seeking an order to set aside the Judgement in Case entered on February 12, 2020 ("Judgment") by the Clerk of Court. The parties advise that they have entered a confidential written settlement agreement in lieu of the Defendants' previously accepted offer of judgment, and desire to set aside the Judgment pursuant to Fed.R.Civ.P. 60. The Court finds that all parties consent to the relief requested and that there is good cause to grant such relief.

IT IS THEREFORE ORDERED that the Judgment in Case entered February 12, 2020 by the Clerk of the United States District Court is hereby vacated and set aside.

Signed: April 23, 2020

Graham C. Mullen
United States District Judge

WE CONSENT:

/s/ G. Benjamin Milam
S. David Smith (admitted *pro hac vice*)
G. Benjamin Milam (NC Bar No.45483)
**Bradley Arant Boult Cummings LLP**
214 North Tryon Street, Suite 3700
Charlotte, NC 28202
Telephone: (704) 338-6049
Facsimile: (704) 332-8858
sdsmith@bradley.com
bmilam@bradley.com

*Attorneys for Defendants*


/s/ Travis E. Collum, Esq.
Stacy L. Williams, Esq.
Travis E. Collum, Esq.
**Collum & Perry, PLLC**
109 West Statesville Ave.
Mooresville, NC 28115
(704) 663-4187
travis@collumperry.com
stacy@collumperry.com

*Attorneys for Plaintiff*