# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| **CLAUDIA E. POLANCO,** | |
| **Plaintiff,** | Case No.: 3:17-cv-00466-GCM |
| vs. | **CONSENT ORDER TO DISMISS WITH PREJUDICE** |
| **HSBC BANK USA NATIONAL ASSOCIATION** *et al.*, | |
| **Defendants.** | |

This matter is before the Court on the parties' joint motion to dismiss all claims asserted in the above-styled action. The parties stipulate that they have reached a settlement in this matter and wish to dismiss all claims asserted in the action with prejudice, with each party to bear its own costs and attorney's fees. The Court finding that all parties have so stipulated,

**IT IS THEREFORE ORDERED** that all claims asserted in this matter are hereby dismissed with prejudice, each party to bear its own fees and costs.

Signed: April 24, 2020

Graham C. Mullen
United States District Judge

WE STIPULATE AND CONSENT.

/s/ G. Benjamin Milam
S. David Smith (admitted *pro hac vice*)
G. Benjamin Milam (NC Bar No.45483)
**Bradley Arant Boult Cummings LLP**
214 North Tryon Street, Suite 3700
Charlotte, NC 28202
Telephone: (704) 338-6049
Facsimile: (704) 332-8858
sdsmith@bradley.com
bmilam@bradley.com

*Attorneys for Defendants*

/s/ Travis E. Collum, Esq.
Stacy L. Williams, Esq.
Travis E. Collum, Esq.
**Collum & Perry, PLLC**
109 West Statesville Ave.
Mooresville, NC 28115
(704) 663-4187
travis@collumperry.com
stacy@collumperry.com

*Attorneys for Plaintiff*